AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
Harrison Franklin Finney

*Defendant*

Case No. 3:26-mj-00242

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Harrison Franklin Finney, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(B)(ii) - Possession with Intent to Distribute Cocaine (500 grams or more of a Mixture or Substance Containing a Detectable Amount of Cocaine)

Date: 09/04/2026

[signature]
*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9-4-26, and the person was arrested on *(date)* 9-8-26 at *(city and state)* Portland, OR.

Date: 9-8-26

[signature]
*Arresting officer's signature*

Lexie Widner, SA
*Printed name and title*